# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IRA MCCRAY, and DEMETRIUS JONES, individually and on behalf of others similarly situated, | Case No.: 1:10-CV-2821-SCJ |
| Plaintiffs, | |
| vs. | **NOTICE OF SETTLEMENT** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS. | |
| Defendant. | |

PLEASE TAKE NOTICE that the parties have reached a tentative settlement of this action. In accordance with the settlement, the parties plan to submit to the Court a joint motion for final *in camera* approval of the settlement by November 14, 2011. The parties have agreed to make efforts to ensure that settlement payments are delivered before the end of this year, once they have Court approval.

Currently, the parties' Proposed Scheduling Order is due to the Court on September 19, 2011. (See Minute Order dated August 1, 2011). The parties respectfully request that this and all other deadlines be stayed in light of the settlement and the preparation of the final approval papers.

Dated: September 16, 2011        NICHOLS KASTER, PLLP

*s/Michele R. Fisher*
Michele R. Fisher
(Georgia Bar No. 076198)
Reena I. Desai*
(Minnesota Bar No. 0388311)
4600 IDS Center
80 South Eight Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email:  fisher@nka.com
        rdesai@nka.com
*admitted pro hac vice*

and

AUSTIN & SPARKS, P.C.
John T. Sparks, Sr.
(Georgia Bar No. 669575)
2974 Lookout Place N.E.
Suite 200
Atlanta, Georgia 30305-3272
Telephone: (404) 869-0100
Facsimile: (404) 869-0200
Email:  JSparks@austinsparks.com

ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IRA MCCRAY, and DEMETRIUS JONES, individually and on behalf of others similarly situated,

Plaintiffs,

vs.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.

Defendant.

Case No.: 1:10-CV-2821-SCJ

**CERTIFICATE OF SERVICE**

    I hereby certify that this document has been prepared in 14 point Times New Roman Font in compliance with Local Rule 5.1. I further certify that on September 16, 2011, I electronically filed the *Notice of Settlement* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John Thomas Sparks , Sr    jsparks@austinsparks.com, admin@austinsparks.com

Michele R. Fisher    fisher@nka.com, assistant@nka.com

Brian M. Jorgensen    bmjorgensen@jonesday.com

Elaine Rogers Walsh    erogerswalsh@jonesday.com

Michael M. Michetti    mmmichetti@jonesday.com

Reena I. Desai    rdesai@nka.com

Stanley Weiner    sweiner@jonesday.com

Dated: September 16, 2011          NICHOLS KASTER, PLLP

*s/Michele R. Fisher*
Michele R. Fisher
(Georgia Bar No. 076198)
Reena I. Desai*
(Minnesota Bar No. 0388311)
4600 IDS Center
80 South Eight Street
Minneapolis, Minnesota 55402-2100
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
Email:  fisher@nka.com
            rdesai@nka.com
*admitted pro hac vice*

and

AUSTIN & SPARKS, P.C.
John T. Sparks, Sr.
(Georgia Bar No. 669575)
2974 Lookout Place N.E.
Suite 200
Atlanta, Georgia 30305-3272
Telephone: (404) 869-0100
Facsimile: (404) 869-0200
Email:  JSparks@austinsparks.com

ATTORNEYS FOR PLAINTIFFS