

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IRA MCCRAY, and DEMETRIUS JONES, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS.<br><br>Defendant. | Case No.: 1:10-CV-2821-SCJ |

## [PROPOSED] ORDER

This matter comes before the Court on the Joint Motion For In Camera Approval Of Fair Labor Standards Act Collective Action Settlement. After an *in camera* review of the Confidential Settlement Agreement, the Court is satisfied that the settlement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims made pursuant to the Fair Labor Standards Act. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355, (11th Cir. 1982); 29 U.S.C. § 216.

ACCORDINGLY, it is hereby, ORDERED AND ADJUDGED as follows:

ATI-2493804v1

1. The Joint Motion For In Camera Approval Of Fair Labor Standards Act Collective Action Settlement (ECF No. ##) is GRANTED. The Confidential Settlement Agreement is APPROVED as it reflects a fair and reasonable resolution of a bona fide dispute.

2. The Clerk is directed to dismiss this action, with prejudice, as to Defendant Cellco Partnership d/b/a Verizon Wireless.

3. The Clerk is also directed to terminate any pending motions/deadlines and CLOSE this case.

So ordered this 8th day of November 2011.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE

ATI- 2493804v12